**Lowe's HIW Inc.**
PO Box 1111
N Wilkesboro, NC 28656

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JUN

DISTRICT OF UTAH
MAIL

| | |
|---|---|
| Pay Group: | EA2 |
| Pay Begin Date: | 03/20/2010 |
| Pay End Date: | 04/02/2010 |

| | |
|---|---|
| Business Unit: | 02834 |
| Advice #: | 000000027493013 |
| Advice Date: | 04/09/2010 |

**Mandy Jean Harrison**
PO Box 333
Lapoint, UT 84039

| | |
|---|---|
| Sales ID: | 1436547 |
| Department: | 0704 - Cashiers (Front) |
| Location: | Vernal, UT |
| Job title: | A ll Cashier |
| Pay Rate: | 10.53 Hourly |

| TAX DATA | Federal | State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 0 | 0 |
| Addl. Pct: | 0 | 0 |
| Addl. Amt: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|---|
| | | Prior Period | | Current | | YTD | |
| Regular | | | 10.53 | 45.13 | 475.22 | 205.62 | 2,165.18 |
| Total: | | | | 45.13 | 475.22 | 205.62 | 2,165.18 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed MED/EE | 6.89 | 31.40 |
| Fed OASDI/EE | 29.47 | 134.24 |
| UT Withholdng | 9.34 | 27.56 |
| Total: | 45.70 | 193.20 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PT Medical High Option | 98.11 | 392.44 |
| Part-Time Dental | 25.86 | 103.44 |
| PT Life Insurance | 7.20 | 28.80 |
| Total: | 131.17 | 524.68 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 475.22 | 475.22 | 45.70 | 131.17 | 298.35 |

This pay stub information reflects your payroll data at the time the check or direct deposit was generated. It may not include adjustments or reversals subsequently applied, and therefore, does not represent a guarantee of payroll earnings distributed to you.

| NET PAY DISTRIBUTION | | |
|---|---|---|
| Advice | #0000027493013 | 298.35 |
| Total: | | 298.35 |

**MESSAGE:**

**Lowe's HIW Inc.**
PO Box 1111
N Wilkesboro, NC 28656

Date
04/09/2010

Advice No.
27493013

| Deposit Amount: | 298.35 |
|---|---|

**To The Account(s) Of:**

**Mandy Jean Harrison**
PO Box 333
Lapoint, UT 84039

Location: Vernal, UT

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | *******8365 | 298.35 |
| Total: | | 298.35 |

# NON-NEGOTIABLE



**Lowe's HIW Inc.**
PO Box 1111
N Wilkesboro, NC 28656

| | | |
|---|---|---|
| Pay Group: EA2 | Business Unit: 02834 | |
| Pay Begin Date: 04/03/2010 | Advice #: 000000027772403 | |
| Pay End Date: 04/16/2010 | Advice Date: 04/23/2010 | |

**Mandy Jean Harrison**
PO Box 333
Lapoint, UT 84039

| | |
|---|---|
| Sales ID: | 1436547 |
| Department: | 0704 - Cashiers (Front) |
| Location: | Vernal, UT |
| Job title: | Cashier I |
| Pay Rate: | 10.53 Hourly |

| TAX DATA | Federal | State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 0 | 0 |
| Addl. Pct: | 0 | 0 |
| Addl. Amt: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | | | 10.53 | 42.88 | 451.53 | 205.62 | 2,165.18 |
| **Total:** | | | | 42.88 | 451.53 | 205.62 | 2,165.18 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed MED/EE | 6.55 | 31.40 |
| Fed OASDI/EE | 27.99 | 134.24 |
| UT Withholdng | 8.15 | 27.56 |
| **Total:** | 42.69 | 193.20 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PT Medical High Option | 98.11 | 392.44 |
| Part-Time Dental | 25.86 | 103.44 |
| PT Life Insurance | 7.20 | 28.80 |
| **Total:** | 131.17 | 524.68 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |
| **Total:** | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 451.53 | 451.53 | 42.69 | 131.17 | 277.67 |

This pay stub information reflects your payroll data at the time the check or direct deposit was generated. It may not include adjustments or reversals subsequently applied, and therefore, does not represent a guarantee of payroll earnings distributed to you.

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Advice | #0000027772403 | 277.67 |
| **Total:** | | 277.67 |

**MESSAGE:**

**Lowe's HIW Inc.**
PO Box 1111
N Wilkesboro, NC 28656

Date
04/23/2010

Advice No.
27772403

**Deposit Amount:** 277.67
**To The Account(s) Of:**

**Mandy Jean Harrison**
PO Box 333
Lapoint, UT 84039

Location: Vernal, UT

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *******8365 | 277.67 |
| **Total:** | | 277.67 |

# NON-NEGOTIABLE

**Lowe's HIW Inc.**
PO Box 1111
N Wilkesboro, NC 28656

| | |
|---|---|
| Pay Group: | EA2 |
| Pay Begin Date: | 04/17/2010 |
| Pay End Date: | 04/30/2010 |

| | |
|---|---|
| Business Unit: | 02834 |
| Advice #: | 000000028021805 |
| Advice Date: | 05/07/2010 |

**Mandy Jean Harrison**
PO Box 333
Lapoint, UT 84039

| | |
|---|---|
| Sales ID: | 1436547 |
| Department: | 0704 - Cashiers (Front) |
| Location: | Vernal, UT |
| Job title: | Cashier I |
| Pay Rate: | 10.82 Hourly |

| TAX DATA | Federal | State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 0 | 0 |
| Addl. Pct: | 0 | 0 |
| Addl. Amt: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | | | 10.82 | 47.13 | 509.94 | 284.25 | 3,015.95 |
| **Total:** | | | | 47.13 | 509.94 | 284.25 | 3,015.95 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed MED/EE | 7.39 | 43.73 |
| Fed OASDI/EE | 31.62 | 186.99 |
| UT Withholding | 11.07 | 41.25 |
| **Total:** | 50.08 | 271.97 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PT Medical High Option | 98.11 | 588.66 |
| Part-Time Dental | 25.86 | 155.16 |
| PT Life Insurance | 7.20 | 43.20 |
| **Total:** | 131.17 | 787.02 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |
| **Total:** | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 509.94 | 509.94 | 50.08 | 131.17 | 328.69 |

This pay stub information reflects your payroll data at the time the check or direct deposit was generated. It may not include adjustments or reversals subsequently applied, and therefore, does not represent a guarantee of payroll earnings distributed to you.

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Advice | #0000028021805 | 328.69 |
| **Total:** | | 328.69 |

**MESSAGE:**

**Lowe's HIW Inc.**
PO Box 1111
N Wilkesboro, NC 28656

Date: 05/07/2010

Advice No.: 28021805

Deposit Amount: 328.69

**To The Account(s) Of:**

**Mandy Jean Harrison**
PO Box 333
Lapoint, UT 84039

Location: Vernal, UT

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *******8365 | 328.69 |
| **Total:** | | 328.69 |

## NON-NEGOTIABLE

**Lowe's HIW Inc.**
PO Box 1111
N Wilkesboro, NC 28656

| | | |
|---|---|---|
| Pay Group: EA2 | Business Unit: 02834 | |
| Pay Begin Date: 05/01/2010 | Advice #: 000000028294960 | |
| Pay End Date: 05/14/2010 | Advice Date: 05/21/2010 | |

**Mandy Jean Harrison**
PO Box 333
Lapoint, UT 84039

| | |
|---|---|
| Sales ID: | 1436547 |
| Department: | 0704 - Cashiers (Front) |
| Location: | Vernal, UT |
| Job title: | Cashier I |
| Pay Rate: | 10.82 Hourly |

| TAX DATA | Federal | State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 0 | 0 |
| Addl. Pct: | 0 | 0 |
| Addl. Amt: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | | | 10.82 | 31.50 | 340.83 | 284.25 | 3,015.95 |
| Total: | | | | 31.50 | 340.83 | 284.25 | 3,015.95 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed MED/EE | 4.94 | 43.73 |
| Fed OASDI/EE | 21.13 | 186.99 |
| UT Withholding | 2.62 | 41.25 |
| Total: | 28.69 | 271.97 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PT Medical High Option | 98.11 | 588.66 |
| Part-Time Dental | 25.86 | 155.16 |
| PT Life Insurance | 7.20 | 43.20 |
| Total: | 131.17 | 787.02 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 340.83 | 340.83 | 28.69 | 131.17 | 180.97 |

This pay stub information reflects your payroll data at the time the check or direct deposit was generated. It may not include adjustments or reversals subsequently applied, and therefore, does not represent a guarantee of payroll earnings distributed to you.

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Advice | #0000028294960 | 180.97 |
| Total: | | 180.97 |

**MESSAGE:**

**Lowe's HIW Inc.**
PO Box 1111
N Wilkesboro, NC 28656

Date
05/21/2010

Advice No.
28294960

**Deposit Amount:** 180.97
**To The Account(s) Of:**

**Mandy Jean Harrison**
PO Box 333
Lapoint, UT 84039

Location: Vernal, UT

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | *******8444 | 180.97 |
| Total: | | 180.97 |

## NON-NEGOTIABLE

**CAMPBELL PLUMBING, INC.** 11562
Shevin Harrison 3/1/2010
Employee Benefit, Business 1,866.00

| Shevin Harrison | 4 | 3/1/2010 | YTD |
|---|---|---|---|
| Salary: | | $2,340.00 | $9,360.00 |
| Federal Withholding: | | $172.00 | $688.00 |
| FICA | | $179.00 | $716.00 |
| UT Withholding: | | $123.00 | $492.00 |

Business Checking    Feb 16-28                           1,866.00

---

**CAMPBELL PLUMBING, INC.** 11613
Shevin Harrison 3/15/2010
Employee Benefit, Business 1,866.00

| Shevin Harrison | 5 | 3/15/2010 | YTD |
|---|---|---|---|
| Salary: | | $2,340.00 | $11,700.00 |
| Federal Withholding: | | $172.00 | $860.00 |
| FICA | | $179.00 | $895.00 |
| UT Withholding: | | $123.00 | $615.00 |

Business Checking    March 1-15                          1,866.00

---

**CAMPBELL PLUMBING, INC.** 11644
Shevin Harrison 4/1/2010
Employee Benefit, Business 1,866.00

| Shevin Harrison | 6 | 4/1/2010 | YTD |
|---|---|---|---|
| Salary: | | $2,340.00 | $14,040.00 |
| Federal Withholding: | | $172.00 | $1,032.00 |
| FICA | | $179.00 | $1,074.00 |
| UT Withholding: | | $123.00 | $738.00 |

Business Checking    March 16-31                         1,866.00

**CAMPBELL PLUMBING, INC.**
Shevin Harrison
Employee Benefit, Business

5/1/2010

11683

1,866.00

| Shevin Harrison | 8 | 4/30/2010 | YTD |
|---|---|---|---|
| Salary: | | $2,340.00 | $18,720.00 |
| Federal Withholding: | | $172.00 | $1,376.00 |
| FICA | | $179.00 | $1,432.00 |
| UT Withholding: | | $123.00 | $984.00 |

Business Checking   April 16-30

1,866.00

**CAMPBELL PLUMBING, INC.**
Shevin Harrison
Employee Benefit, Business

5/14/2010

11696

1,866.00

| Shevin Harrison | 9 | 5/15/2010 | YTD |
|---|---|---|---|
| Salary: | | $2,340.00 | $21,060.00 |
| Federal Withholding: | | $172.00 | $1,548.00 |
| FICA | | $179.00 | $1,611.00 |
| UT Withholding: | | $123.00 | $1,107.00 |

Business Checking   May 1-15

1,866.00