**Form 242**[Memo Re: Dism Case Fees Due]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

    Shevin Cree Harrison and Mandy Jean Harrison

        Debtor(s).

Case No. 10–27043 JAB
Chapter 7

MEMORANDUM RE: FEES DUE

Pursuant to 28 U.S.C. § 1930(a) and (b), you are required to pay a fee as follows:

Clerk's Notice of Case Filing Fees Due. Amount Due:$250.00. (lph)

      The unpaid balance for the voluntary petition and/or any other outstanding fees is still due and owing for this dismissed case. The fees should be paid in full within fourteen (14) days from the date of this notice payable to the Clerk of Court for United States Bankruptcy Court for the District of Utah at 350 South Main Street, Room 301, Salt Lake City, Utah 84101. If you are a registered e–filer with the court, unpaid fees may result in the suspension of your electronic account.

Dated: June 11, 2010

                                            David A. Sime
                                            Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: lph                 Page 1 of 1           Date Rcvd: Jun 11, 2010
Case: 10-27043                Form ID: f242             Total Noticed: 1

The following entities were noticed by first class mail on Jun 13, 2010.
db/jdb       +Shevin Cree Harrison,   Mandy Jean Harrison,   PO Box 333,   Lapoint, UT 84039-0333

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2010**                    **Signature:** _/s/ Joseph Speetjens_